IN RE:                             CASE NO. 08-53304

ROBERT A. CANTRELL
YOLANDA S. CANTRELL               CHAPTER 7
        Debtors
                                          REPORT OF UNCLAIMED
                                          <u>DIVIDEND</u>

      Harold A. Corzin, Trustee herein, reports that check #104 was issued on November 30, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #106 to the Clerk of Courts in the amount of $315.62 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                       /s/ Harold A. Corzin
                                       HAROLD A. CORZIN, TRUSTEE
                                       304 N. Cleveland-Massillon Road
                                       Akron, Ohio 44333
                                       (330) 670-0770
                                       (330) 670-0297 Facsimile
                                       <u>Hcorzin@csu-law.com</u>

March 2, 2011

cc:  U. S. Trustee

Printed: 03/01/11 01:34 PM

# Stale Check Report

Page: 1

Trustee: HAROLD A. CORZIN (550340)
Case: 08-53304 - CANTRELL, ROBERT A

| Account No. | | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-02483733-66 | | 106 | 03/01/11 | U.S. BANKRUPTCY COURT | | | | $315.62 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02483733-66 | 25 | 104 | 02/10/09 | 570 | Ohio Department of Taxation<br>Att: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-? | 14,701.74 | 14,701.74 | 315.62 | 315.62 |

ck # 106
receipt # 82201

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

08-53304-mss    Doc 117    FILED 03/08/11    ENTERED 03/08/11 11:04:07    Page 2 of 2